**Order entered October 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00886-CR

### LATAURUS KENSHEY MURPHY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F19-00400-X

## ORDER

Before the Court is court reporter Anne B. Meredith's October 25, 2019 request for additional time to file the reporter's record. The clerk's record shows the trial court entered its judgment on July 19, 2019. Because appellant filed a motion for new trial on August 1, 2019, the record is due November 16, 2019. We previously ordered the reporter's record due by November 18, 2019. In light of this, we **DENY** Ms. Meredith's request to extend the time until November 1, 2019 as moot.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE